# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

AUG - 3 2011

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN RE: :
:
:
MICHAEL LOUIS SUBIN : MISC. CASE NO. 11-mc-306
: (DISCIPLINARY)
:
Respondent :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SHOW CAUSE ORDER

Michael Louis Subin, Esquire, was admitted to practice before the bar of this Court on December 6, 1999. On July 21, 2011, this Court received a copy of an Order from the Court of Appeals of Maryland indefinitely suspending Respondent upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, effective August 1, 2011. It is therefore

ORDERED this **1st** day of **Aug**, 2011, by the United States District Court for the District of Maryland, that Respondent be and hereby is, immediately suspended from the practice of law before this Court, and it is further

ORDERED that Respondent show cause, if any, within thirty (30) days after service of this order, why this Court would not be warranted to impose the identical, greater, or lesser discipline as that imposed by the Court of Appeals of Maryland.

The Clerk is directed to send a certified copy of this order, together with a copy of the order received from the Court of Appeals of Maryland, to Respondent by regular and certified mail, return receipt requested.

_____
Deborah K. Chasanow, Chief Judge
United States District Court