11mc306

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name) Lisa Johanson   C. Date of Delivery 8-8-11 |
| 1. Article Addressed to:<br>Michael Louis Subin, Esq.<br>Law Offices of Michael L Subin<br>30 Courthouse Sq Ste 303<br>Rockville, MD 20850<br>**PERSONAL AND CONFIDENTIAL** | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 0290 0000 2513 3865 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

LODGED _____ RECEIVED

AUG - 9 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE   ENTERED
_____ LODGED _____ RECEIVED

AUG 0 9 2011

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
Office of the Clerk
United States District Court
101 W Lombard St Fourth Fl
Baltimore, MD 21201
Attn: Catherine M. N. Scaffidi        11mc306