# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 2 6  2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

IN RE:                                  :
                                        :
                                        :
MICHAEL LOUIS SUBIN                     :   MISC. CASE NO. 11-mc-00306
                                        :   (DISCIPLINARY)
Respondent                              :

*************************************************************************

## ORDER OF INDEFINITE SUSPENSION

Michael Louis Subin, Esquire, was admitted to practice before the bar of this Court on December 6, 1999. On July 21, 2011, this Court received a copy of an Order from the Court of Appeals of Maryland indefinitely suspending Respondent upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, effective August 1, 2011. On August 3, 2011, a Show Cause Order was entered by this Court and sent by regular and certified mail, return receipt requested. As of this date, no answer has been filed by Respondent, and more than thirty (30) days have expired. It is therefore

ORDERED this 22nd day of September, 2011, by the United States District Court for the District of Maryland, that Michael Louis Subin, Esquire, be and hereby is, indefinitely suspended from the practice of law before this Court pending further order of the Court. The suspension is entered *nunc pro tunc*. Reinstatement is not automatic; Respondent must comply with Local Rule 705.4

The Clerk is directed to send a certified copy of this Order to Respondent by regular and certified mail, return receipt requested. The Clerk is further directed to send a certified copy of this Order by regular mail to the (i) Court of Appeals of Maryland; (ii) District of Columbia Court of Appeals, (iii) United States Court of Appeals for the District of Columbia Circuit; (iv) United States Court of Appeals for the Fourth Circuit; (v) United States District Court for the District of Columbia; (vi) United States Court of Federal Claims; (vii) Maryland Attorney Grievance Commission; (viii) Board of Professional Responsibility in the District of Columbia; and (ix) National Lawyer Regulatory Data Bank, Center for Professional Responsibility, American Bar Association.

_____
Deborah K. Chasanow, Chief Judge
United States District Court