# AMERICAN BAR ASSOCIATION

## NATIONAL LAWYER REGULATORY DATA BANK REPORT FORM

*REPORTING AGENT: PLEASE TYPE OR PRINT, SIGN COMPLETED FORMS; ATTACH COURT OR DISCIPLINARY BOARD ORDER AND RETURN TO:*

Data Bank Administrative Assistant
American Bar Association
Center for Professional Responsibility
321 North Clark Street, M-S 15.2
Chicago, IL 60610-4714

```
_____ J:.::J _____ 1,:...
_____ LODGED _____ RECEIVED

SEP 2 6 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT ..
```
(For Office Use Only)

*PLEASE DO NOT FORWARD THIS FORM TO ANY OTHER PERSONS, ENTITIES, AGENCIES, OR JURISDICTIONS.*

NAME  SUBIN (Last, Suffix)   MICHAEL (First)   LOUIS (Middle)

OTHER NAME(S) _____

DATE OF BIRTH  / / / /  (mm/dd/yyyy)

INTERNATIONAL STANDARD LAWYER NUMBER (ISLN) _____

SOCIAL SECURITY # (last four digits only) ***-**-_____

GENDER   F ___   M ✓

ADDRESS (Office): LAW OFFICES OF MICHAEL L. SUBIN
30 COURTHOUSE SQ STE 303 (Number & Street)
ROCKVILLE (City)   MD (State)   20850 (Zip)

FORMER ADDRESS _____
(Number & Street)
_____ (City) _____ (State) _____ (Zip)

JURISDICTIONS IN WHICH ADMITTED TO PRACTICE:

| JURISDICTION | ADMISSION DATE | REGISTRATION OR BAR NUMBER |
|---|---|---|
| US DISTRICT CT-MD | 12-6-99 | 14526 |

JURISDICTION IMPOSING REGULATORY ACTION  U.S. DISTRICT COURT DISTRICT OF MD

ORDER OR DOCKET NUMBER(S)  11-MC-306

ORDER DATE  09/22/11 (mm/dd/yyyy)   EFFECTIVE DATE  09/26/11 (mm/dd/yyyy)   NUNC PRO TUNC

Caterine Scaffidi / CATHERINE SCAFFIDI
Authorized Reporting Agent Signature & Printed Name

02/2008

- 1 -