**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Louis Subin, Esq.
   Offices of Michael L Subin
   30 Courthouse Sq Ste 303
   Rockville, MD 20850
   **PERSONAL AND CONFIDENTIAL**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☒ Addressee

B. Received by (Printed Name): L. Johanson
C. Date of Delivery: 9-27-11

Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7009 1680 0000 5759 2401

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

LODGED _____ RECEIVED
SEP 28 2011
AT BALTIMORE
CLERK US DISTRICT COURT
DISTRICT OF MARYLAND

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED _____ ENTERED
LODGED _____ RECEIVED
SEP 28 2011
AT BALTIMORE
US DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

• Sender: Please print your name, address, and ZIP+4 in this box •

Office of the Clerk
United States District Court
101 W Lombard St Fourth Fl
Baltimore, MD 21201
Attn: Catherine M. N. Scaffidi

11mc306